FILED
WILKES BARRE
MAR 31 2015
Per _____ MG

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LENDRO MICHAEL THOMAS, | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | (Judge Mannion) |
| | : | (Magistrate Judge Saporito) |
| UNITED STATES OF AMERICA, | : | |
| et al | : | |
| Defendants. | : | NO.: 3:15-cv-00434 |

## ORDER

AND NOW, this 31st day of March, 2015, upon consideration of the motion for appointment of counsel (Doc. 2) filed by Petitioner, Lendro Michael Thomas, it is hereby ORDERED that the motion be and is hereby DENIED. In the event the circumstances of this case should change, the Court will consider a new application for counsel at such time.

JOSEPH F. SAPORITO, JR.
United States Magistrate Judge

Dated: March 31, 2015