# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LENDRO MICHAEL THOMAS,** | : |
| Petitioner | : CIVIL ACTION NO. 3:15-0434 |
| v. | : (JUDGE MANNION) |
| **UNITED STATES OF AMERICA,** | : |
| Respondent | : |

# O R D E R

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** the report of Judge Saporito, **(Doc. 11)**, is **ADOPTED IN ITS ENTIRETY**;

**(2)** the petition is **DISMISSED** without prejudice to the petitioner's right to file a §2255 motion in the sentencing court, subject to the pre-authorization requirements of 28 U.S.C. §§2244 and 2255(h), as they may apply; and

**(3)** the Clerk of Court is directed to **CLOSE THIS CASE**.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: July 2, 2015**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2015 MEMORANDA\15-0434-01-ORDER.wpd